UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIO A. LOPEZ,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>JAMES DZURENDA,<br><br>　　　　　　　　Defendant. | Case No. 3:25-cv-00607-MMD-CLB<br><br>**ORDER** |

On October 24, 2025, Mario A. Lopez, a pro se inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis* ("IFP") (ECF No. 1), a complaint (ECF No. 1-1 at 1–8), and various exhibits. (*Id.* at 9–34.) There are two issues with Plaintiff's filings. First, Plaintiff's IFP application is incomplete because it is not accompanied by a financial certificate or an inmate trust fund account statement for the previous six-month period. Second, for all of Plaintiff's filings, he used forms for Nevada state court (specifically, the Las Vegas Justice Court) rather than forms approved by this federal court. The Court will deny Plaintiff's IFP application without prejudice and give Plaintiff an opportunity to correct these deficiencies **by January 26, 2026**.

**I.　DISCUSSION**

　　**A.　Filing Fee**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed in forma pauperis." LSR 1-1. For an inmate to apply for IFP status, the inmate must submit <u>all three</u> of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is

properly signed by both the inmate and a prison official; and (3) a copy of the inmate's **prison trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. IFP status does not relieve inmates of their obligation to pay the filing fee, it just means that an inmate can pay the fee in installments. See 28 U.S.C. § 1915(b).

### B.  Complaint Form

Under the local rules, a *pro se* plaintiff must file a civil rights complaint on the form provided by this Court or it must be legible and contain substantially all the information called for by the Court's form. *See* LSR 2-1. Plaintiff's civil rights complaint is not on this Court's form and does not appear to contain the information called for by this Court's form. (*See* ECF No. 1-1 at 1–8.) Plaintiff must file a complaint on this Court's approved form. And because Plaintiff is representing himself, he must personally sign any document he files. Fed. R. Civ. P. 11(a).

## II.  CONCLUSION

Accordingly, **IT IS ORDERED** that Plaintiff's incomplete IFP application (ECF No. 1) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff has until **January 26, 2026**, to either pay the full $405 filing fee or file a new fully complete IFP application with all three required documents: (1) a completed IFP application with the inmate's two signatures on page 3, (2) a financial certificate that is properly signed both by the inmate and prison official, and (3) a copy of the inmate's trust fund account statement for the previous six month period.

**IT IS FURTHER ORDERED** that Plaintiff has until **January 26, 2026**, to file his complaint using the correct form for federal court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can address the matter of the filing fee and file his complaint on the correct form.

The Clerk of Court is directed to send Plaintiff (1) this Court's approved 42 U.S.C. § 1983 complaint form with instructions and (2) this Court's approved IFP application for an inmate with instructions.

**IT IS SO ORDERED**.

**DATED**: November 25, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**